IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NATALIE WILLIS                                                                           PLAINTIFF

V.                                            4:09CV00490 JMM

DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, ET AL                                              DEFENDANTS

## ORDER

Pending are the Plaintiff's motions for reconsideration and to set aside the Court's Order of October 1, 2009. Plaintiff makes these requests, in large part, pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. Rule 60(b) allows the Court to relieve a party from a final judgment if the judgment was based upon a mistake, newly discovered evidence, fraud, or if the judgment is void or has been satisfied. The Rule also allows the Court to relieve the party from judgment for "any other reason that justifies relief." Fed. R. Civ. P. 60(b).

In her motions, Plaintiff reiterates her previous arguments which the Court considered before ruling on the Defendants' motions for summary judgment. There is no mistake, newly discovered evidence or fraud alleged. The Court further finds that there is no other reason that justifies relief in this matter. Accordingly, Plaintiffs' motion for reconsideration and to set aside (Docket # 51 and # 55) are DENIED. Plaintiff's remaining motions (Docket # 52, # 54, and # 56) are DENIED as moot.

IT IS SO ORDERED this 4th day of December, 2009.

_____
James M. Moody
United States District Judge